UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST FUND
and BRIAN GENTRY (in his capacity as Trustee),
CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

Plaintiffs,

v.                                                                            Case No. 11-cv-156

HAROLD HARDY d/b/a HARDY CONSTRUCTION, LLC,

Defendant.

### ENTRY OF DEFAULT JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered.

**IT IS ORDERED AND ADJUDGED** as follows:

That default judgment is entered in favor of plaintiff funds and that the Defendant Harold Hardy d/b/a Hardy Construction, LLC shall submit within ten (10) days of the date of this Judgment to an audit of the company's books and records by the Plaintiff

Funds' designated representative covering the period of September 1, 2008, to the present date;

Approved as to form this 29th day of September, 2011.

_Barbara B. Crabb_
U.S. DISTRICT JUDGE

_Peter Oppeneer_     9/29/11
Peter Oppeneer              Date
Clerk of Court