IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST FUND and
BRIAN GENTRY(in his capacity as Trustee),
CONTRACT ADMINISTRATION FUND, and
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-156-bbc

     Plaintiffs,

v.

HAROLD HARDY d/b/a HARDY CONSTRUCTION,
LLC,

     Defendant.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting plaintiffs' attorney fees in the amount of $2,377.50 and

attorney costs in the amount of $866.52.

Peter Oppeneer, Clerk of Court

MAR 2 2 2012

Date